People v Hodge (2025 NY Slip Op 50032(U))

[*1]

People v Hodge (James)

2025 NY Slip Op 50032(U) [84 Misc 3d 133(A)]

Decided on January 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 16, 2025

SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570974/18

The People of the State of New
York, Respondent,

against

James Hodge,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Margaret W. Martin, J.), rendered September 20, 2018, convicting him,
upon his plea of guilty, of disorderly conduct, and imposing sentence.

Per Curiam.

Judgment of conviction (Margaret W. Martin, J.), rendered September 20, 2018,
modified, as a matter of discretion in the interest of justice, to the extent of vacating the
mandatory surcharges and fees, and otherwise affirmed.

Based on our own interest of justice powers, we vacate the surcharges and fees
imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434
[2021]). We note that the People do not oppose this relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur
Decision Date: January 16, 2025